UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WELLS FARGO BANK, N.A., :
: 
                      Plaintiff, :       21 Civ. 6856 (LGS)
:
      -against- :       <u>ORDER</u>
:
DIANE FISHERAUER, et al., :
                    Defendants. :
------------------------------------------------------------:
                                   X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated September 15, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference. (Dkt. No. 11.)

      WHEREAS, the initial pretrial conference is currently scheduled for October 28, 2021, at 10:40 a.m.

      WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on the docket. It is hereby

      **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **October 26, 2021**, at **noon**. If Plaintiff has not been in communication with Defendants, it shall file a status letter regarding its efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **October 26, 2021**, at **noon**.

Dated: October 22, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE